IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-11-368-M |
| ) | |
| JOSEPH TAYLOR, WARDEN; ) | |
| JOSEPH SEBENICK, INVESTIGATOR; ) | |
| SYLVIA WATERS, CASE MANAGER; ) | |
| JOHN HILLIGOSS, UNIT MANAGER; ) | |
| RENEE WATKINS, ADMINISTRATOR; ) | |
| and JUSTIN JONES, DIRECTOR, DOC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On February 15, 2012, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. §§ 1983 and 1985 alleging violations of plaintiff's federal constitutional rights.  The Magistrate Judge recommended that the Motion to Dismiss and Brief in Support of Defendants Taylor, Hilligoss, Sebenick and Waters and the Motion to Dismiss or in the Alternative Motion for Summary Judgment and Brief in Support of Defendants Justin Jones and Renee Watkins, construed as motions for summary judgment, be granted on the grounds that plaintiff has failed to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a) and that plaintiff's Motion for Protective Order and Motion for Preliminary Injunction be denied.  The parties were advised of their right to object to the Report and Recommendation by March 7, 2012.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 15, 2012;

(2) GRANTS the Motion to Dismiss and Brief in Support of Defendants Taylor, Hilligoss, Sebenick and Waters [docket no. 25];

(3) GRANTS the Motion to Dismiss on in the Alternative Motion for Summary Judgment and Brief in Support of Defendants Justin Jones and Renee Watkins [docket no. 27];

(4) DENIES plaintiff's Motion for Protective Order [docket no. 15];

(5) DENIES plaintiff's Motion for Preliminary Injunction [docket no. 16]; and

(6) ORDERS that judgment issue forthwith in favor of defendants and against plaintiff.

**IT IS SO ORDERED this 14th day of March, 2012.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE